ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  5:26-PO-0006-CDB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL SETTING |
| v. | DATE: March 6, 2026 |
| RAEANN SCHMERSAL, | TIME: 10:00 AM |
| Defendant. | COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE TRIAL SETTING**

Plaintiff United States of America, by and through its counsel of record, and defendant, representing herself *pro se*, hereby stipulate as follows:

1.      By previous order, this matter was set for a bench trial before the Honorable Christopher D. Baker on March 6, 2026 at Edwards Air Force Base.

2.      On February 6, 2026, the government was informed by United States Air Force Judge Advocate General counsel that the Edwards Airforce Base courtroom will be potentially unavailable on March 6, 2026 for the instant matter due to a military court marshal taking place the same week.

3.      As such, the parties agree and stipulate that the bench trial currently scheduled for March 6, 2026 be vacated and a bench trial be set for June 5, 2026 at 10:00 am.

4.      Because this case involves a pending class B misdemeanor, no exclusion of time is necessary.

1

IT IS SO STIPULATED.

///

///

Dated:  February 18, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated:  February 18, 2026

/s/ RAEANN SCHMERSAL
RAEANN SCHMERSAL
Defendant
RAEANN SCHMERSAL

**[PROPOSED] ORDER ON STIPULATION**

Based upon the stipulation and representations of the parties, the Court orders the bench trial be continued from March 6, 2026 to June 5, 2026 at 10:00 am at Edwards Air Force Base.  The parties are HEREBY ORDERED to appear on that date at that time.

IT IS SO ORDERED.

Dated:   **February 18, 2026**

UNITED STATES MAGISTRATE JUDGE

2