ERIC GRANT
United States Attorney
MATTHEW H. NORWOOD
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>RAEANN SCHMERSAL,<br><br>                     Defendant. | CASE NO.  5:26-PO-00006-CDB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL SETTING<br><br>DATE: June 5, 2026<br>TIME: 10:00 AM<br>COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE TRIAL SETTING**

Plaintiff United States of America, by and through its counsel of record, and defendant, representing herself *pro se*, hereby stipulate as follows:

1.     By previous order, this matter was set for a bench trial before the Honorable Christopher D. Baker on June 5, 2026 at Edwards Air Force Base.

2.     However, the Defendant has represented that they are a student and will be unavailable on June 5, 2026 for the instant matter.

3.     As such, the parties agree and stipulate that the bench trial currently scheduled for June 5, 2026 be vacated and a bench trial be set for September 4, 2026 at 10:00 am.

///

///

///

1

4.	This case does not involve a pending class A misdemeanor or felony.  No exclusion of time is necessary.

IT IS SO STIPULATED.

Dated:  May 26, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW H. NORWOOD
MATTHEW H. NORWOOD
Special Assistant United States Attorney

Dated:  May 26, 2026

/s/ RAEANN SCHMERSAL
RAEANN SCHMERSAL
Defendant
RAEANN SCHMERSAL

## ORDER ON STIPULATION

Based upon the stipulation and representations of the parties, it is HEREBY ORDERED that the bench trial is continued from June 5, 2026, to September 4, 2026, at 10:00 am at Edwards Air Force Base.

And it is FURTHER ORDERED that the parties shall timely appear at trial and, in advance of trial, shall comply with the Court's pretrial order to exchange witness and exhibit lists no later than one (1) week prior to trial (*see* Doc. 3).

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2